IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROSLYN BORREGO, | ) | CASE NO: 4:14-cv-3024 |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **PLAINTIFF'S EXHIBIT LIST** |
| NELNET, INC. | ) ) | |
| Defendant(s). | ) ) ) | |

| EXHIBIT NO. | | | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| PL | DF | 3PTY | | | | | | |
| 5. | | | Deposition of Jeff Werley: 04/13/15: 55 Pages | | | | | |
| 6. | | | E-mails between Popevis, Latimer and Schwasinger: 12/05/11: 6 Pages | | | | | |
| 7. | | | Roslyn Borrego, Summary of Predictive Index Results: 02/20/08: 2 Pages | | | | | |
| 8. | | | Nelnet Supplemental Position Statement: 07/09/12: 2 Pages | | | | | |
| 9. | | | Jeff Werley statement to the NEOC; 07/23/12: 2 Pages | | | | | |
| 10 | | | Justice Search results for Roslyn Borrego: 04/10/15: 3 Pages | | | | | |
| 11 | | | Summary of Nelnet Hiring Practices: 1 Page | | | | | |
| 12 | | | List of Employees Hired by Nelnet with Criminal convictions: 5 Pages | | | | | |
| 13 | | | Candidate Tracking Information for Plaintiff: 01/12/12: 5 Pages | | | | | |
| 14 | | | NEOC Interview Notes with Schwasinger: 02/14/13: 2 Pages | | | | | |
| 15 | | | Position Statement: 02/28/12: | | | | | |

| | | 11 Pages | | | | |
|---|---|---|---|---|---|---|

20148610.1