

## Summary of Predictive Index® Results

| Name | Roslyn Lewis |
|---|---|
| Survey Date | 2/20/2008 |
| Report Date | 2/21/2008 |

PI for: Roslyn Lewis  Date: 2/20/2008

Copyright 1955, 1988, 1994, 2002, 2005 by Arnold S. Daniels. All rights reserved. No part of this form may be reproduced by any means, nor transmitted, nor translated into a machine language without the written permission of the publisher.

The results of the Predictive Index® survey should always be reviewed by a trained Predictive Index analyst. The PI Reporter® provides you with a brief overview of the results of the Predictive Index® and prompts you to consider many aspects of the results not contained in the overview. If you have not yet attended the Predictive Index® Management Workshop, please consult someone who has attended in order to complete the report.

## STRONGEST BEHAVIORS

**Roslyn will most strongly express the following behaviors:**

- Socially-focused, she naturally empathizes with people, easily seeing their point of view or understanding their emotions. Positive, non-threatening communication.
- Teaches and shares; she's often working collaboratively with others to help whenever she can.
- Accommodating; most comfortable working with others, she often puts team/company goals before her own personal goals. Promotes teamwork by actively sharing authority.
- Unhurried and deliberate, she's stable and will do things using the established process; finds it difficult to change these systems. Dependable, she's consistent and needs familiar environments and coworkers to be most productive.
- Cooperative, easy-going, and agreeable in getting along with others. A focused, uncritical listener who won't 'rock the boat.'
- Methodical, steady, and even-paced; loses productivity when interrupted.

## SUMMARY

Roslyn is an outgoing, friendly, and congenial person who can get along comfortably with just about anybody, meets

people easily and enjoys doing so. She gets along as well in group activities as she does one-on-one.

She is able to reach and stimulate others while being aware of and sympathetically interested in their needs. She is an unselfish person who derives satisfaction from doing things for other people and being well-liked by them.

Patient and relaxed, Roslyn is a particularly tolerant and understanding listener. People find her easy to talk to and feel no pressure or impatience from this rather easygoing, accepting person. Her unselfish and uncritical interest in others is helpful in developing and maintaining personal relationships. She "wears well" in repeated contacts, thinks of others first, and will often puts their needs and interests before her own. She's driven to help others, including company management, colleagues, subordinates, or customers.

Informal and a little casual in style, Roslyn will generally follow established procedures, working cooperatively with others. She has the kind of patience required to focus steadily on a consistent process over long periods of time, work which in her case should primarily involve contact and communication with people rather than precise handling of details.

Roslyn is a loyal, stable person who functions best working in a familiar environment among familiar people but would be less effective if required to work in frequently changing situations or conditions. She adapts to change methodically, after having had time to digest and practice it. In general, her drive is to stick to the time-tested processes and change them only when proven necessary.

Roslyn is unassuming, helpful and obliging, and her understanding of others and ability to get along well with them are strong qualities. She is much less oriented towards work of a very technical nature which requires a high degree of precision and accuracy with details. She is well-suited to work that requires frequent contact with others, communicating and collaborating, and understanding different viewpoints.

## MANAGEMENT STRATEGIES
**To maximize her effectiveness, productivity, and job satisfaction, consider providing Roslyn with the following:**

   Opportunities for frequent communication and contact with others, particularly in a helpful or collaborative position

   Work routines that are well defined, consistent, and predictable

   Thorough training in each job assignment, with ample time allowed for practice of new work

   Close support of friendly, helpful people, with an absence of competitive pressures or urgency

   Repeated instruction in accurate handling of basic details will be necessary.

Prepared by Amy Spellman on 2/21/2008 10:18 AM
Copyright © 1994-2000, 2002, 2005 by Praendex, Inc. All rights reserved.